IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RISIKATU MARSHALL,

    Plaintiff,

v.

CIVIL ACTION NO.
1:15-CV-02896-AT

SIMMONS BEDDING COMPANY, LLC,

    Defendant.

**ORDER**

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement and Mutual Release. The parties have requested that the Court review and approve their proposed Settlement Agreement and Mutual Release (the "Agreement") because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court has reviewed the Agreement and finds that it is a fair and reasonable resolution of the parties' dispute. Accordingly, the parties' Joint Motion is **GRANTED,** and the Agreement is **APPROVED** and incorporated herein.

IT SO **ORDERED,** this <u>18th</u> day of December, 2015

_____
HON. AMY TOTENBERG
UNITED STATES DISTRICT JUDGE